decision is probably wrong; at the very least, it warrants review by this Court. I therefore dissent from the denial of the petition for certiorari.

No. 80–1084. MOUNTAIN STATES LEGAL FOUNDATION ET AL. *v.* COSTLE, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 10th Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–1479. PENNSYLVANIA BOARD OF PROBATION AND PAROLE *v.* BRONSON. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–437. ARSHAL *v.* UNITED STATES, 449 U. S. 1077;

No. 80–1033. JAMIL *v.* SOUTHRIDGE COOPERATIVE SECTION 4, INC., *ante,* p. 919;

No. 80–5923. PUSCH ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 930; and

No. 80–6028. KINNELL *v.* CLERK OF THE COURT OF APPEALS OF KANSAS ET AL.; KINNELL *v.* CARLIN ET AL.; and KINNELL *v.* WILLCOTT ET AL., *ante,* p. 984. Petitions for rehearing denied.

No. 79–1857. ALCOA STEAMSHIP Co., INC. *v.* M/V NORDIC REGENT ET AL., 449 U. S. 890 and 1103. Motion for leave to file a second petition for rehearing denied.

No. 80–323. COLUMBIA BROADCASTING SYSTEM, INC. *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL., *ante,* p. 970. Petition for rehearing denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–5516. ELCAN *v.* UNITED STATES, 449 U. S. 1087. Motion for leave to file petition for rehearing denied.